# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br><br>ALEJANDRO JIMENEZ | **JUDGMENT**<br>INCLUDING SENTENCE UNDER THE<br>SENTENCING REFORM ACT<br><br>CASE NO: 1:06mj00185 |

**FILED**
SEP 1 5 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

S. Betz
_____
(Defendant's Attorney of Record)

**THE DEFENDANT** was found guilty on Count(s) _____, in the ( ) Information

( ) Violation, after a (X) plea of guilty ( ) court trial.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| TITLE & SECTION | NATURE OF OFFENSE | COUNTS NUMBER(s) | DATE OF OFFENSE |
|---|---|---|---|
| 36CFR4.2(b) and VC 14601.2(a) | Driving on a Suspended License Following a DUI. | ONE | 7/30/2006 |

The defendant is sentenced as provided in pages 1 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Count(s) _____ Dismissed on Motion of the Government.

[X]  The fine imposed by this Judgment is $700.00_____, and is payable to the Clerk of the court.

[X]  The mandatory special assessment imposed by this sentence is $ 10.00____, payable to the Clerk of the court.

[ ]  No fine is imposed, due to the defendants' inability to pay.

[ ]  Restitution imposed by this Judgment is $ _____, payable to:

_____
(Payee's Name)

_____
(Payee's Address)

_____
(City, State, Zip Code)

**IT IS FURTHER ORDERED that** the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid.

Original - Court; Copies to: Defendant, Defendant's counsel, Probation, U.S. Attorney, U.S. Marshal, Pretrial Service, Financial

DEFENDANT:                                                  JUDGMENT - Page 2 of 2
CASE NO.: 1:06MJ00185 SMS

Social Security Number: _____

Date of Birth: _____

     The defendant is placed on **Limited Supervised Probation** for 2 years, and shall abide by the following standard conditions adopted by the court:

1. The defendant shall not commit another federal, state, or local crime, and not illegally possess a controlled substance. Revocation of probation is mandatory for illegal possession of a controlled substance.
2. The defendant shall report, forthwith, to the probation officer and thereafter as directed.
3. The defendant shall answer truthfully all inquiries by the probation officer, and follow the instructions of the probation officer.
4. The defendant shall notify the probation officer within 72 hours of any change in residence or employment, and of any arrest, citation, or contact with law enforcement officers.
5. The defendant shall make payments on all financial obligations imposed by this judgment in installments as directed by the probation officer.

**You shall comply with the following special conditions:**

[X] 2days 2 days Credit for Time served. jail facility, pursuant to 18 U.S.C. 3563(b)(10), to commence as directed by the probation officer.

[ ] _____ months/days Community Corrections Center, pursuant to 18 U.S.C. 3562(b)(11), as directed by the probation officer. Pay costs of confinement, as determined by the Bureau of Prisons.

[ ] _____ hours of unpaid community service, and pay fees not to exceed $ _____, as directed by the probation officer.

[ ] Probation shall become unsupervised upon completion of all special conditions and payment of financial obligations, set forth by this court.

[ ] _____

[ ] _____

_____

Mailing Address:                                Date of Sentencing: _____

_____                         _____

                                                                Signature of Judicial Officer

Residence Address:

                                                                Dennis L. Beck, U.S. MAGISTRATE JUDGE
_____                         Name & Title of Judicial Officer

_____

County: _____               DATE: 9/15/2006